159 So. 913

## Will CHANEY v. STATE.
### 8 Div. 114.

Court of Appeals of Alabama.
Feb. 5, 1935.

**RICE, Judge.**
Affirmed.

152 So. 921

## J. F. CHARACTER v. CITY OF ANNISTON.
### 7 Div. 21.

Court of Appeals of Alabama.
Jan. 11, 1934.

**PER CURIAM.**
Appeal dismissed for want of prosecution.

157 So. 915

## CHERO COLA BOTTLING CO. v. Lylian D. GROVE, Adm'x.
### I Div. 144.

Court of Appeals of Alabama.
Nov. 15, 1934.

**PER CURIAM.**
Appeal dismissed for want of prosecution.

155 So. 917

## CITY OF BIRMINGHAM v. Reba CRUMLEY.
### 6 Div. 610.

Court of Appeals of Alabama.
June 27, 1934.

W. J. Wynn and T. A. McFarland, both of Birmingham, for appellant.

Oliver Henderson, of Birmingham, for appellee.

**BRICKEN, Presiding Judge.**
Affirmed.

154 So. 920

## CITY OF BIRMINGHAM v. Ruth Hilda FOSSETT.
### 6 Div. 544.

Court of Appeals of Alabama.
May 8, 1934.

T. A. McFarland, of Birmingham, for appellant.

Fort, Beddow & Ray and G. Ernest Jones, all of Birmingham, for appellee.

**BRICKEN, Presiding Judge.**
Affirmed.

159 So. 890

## CITY OF BIRMINGHAM v. Selma HARRIS.
### 6 Div. 609.

Court of Appeals of Alabama.
Jan. 22, 1935.

W. J. Wynn, of Birmingham, for appellant.

F. F. Windham, of Birmingham, for appellee.

**BRICKEN, Presiding Judge.**
Appeal dismissed by agreement.